United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERID S. MILLER,<br><br>    Petitioner,<br><br>v.<br><br>COUNTY OF SANTA CRUZ,<br><br>    Respondent. | Case No. 18-06070 BLF (PR)<br><br>**ORDER VACATING THE DISMISSAL AND JUDGMENT; REOPENING THE ACTION** |

On October 3, 2018, Petitioner, a California state prisoner, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254.[1] (Docket No. 1.) On the same day, the Clerk sent a notice to Petitioner informing him that he needed to either pay the filing fee or file a complete application to proceed *in forma pauperis* ("IFP") within twenty-eight days from the date of the notice to avoid dismissal. (Docket No. 3.) The Court dismissed the action because Petitioner failed to pay the filing fee by the October 31, 2018 deadline. (Docket No. 10.) Judgment was entered on the same day. (Docket No. 11.) However, the docket reflects that while Petitioner had paid the filing fee on October 18, 2018, the payment was not entered on the docket until November 7, 2018, which is before judgment was entered. (Docket No. 9.)

In the interest of justice, the Court's orders of dismissal and judgment, (Docket Nos.

---

[1] This matter was reassigned to this Court on October 22, 2018. (Docket Nos. 7, 8.)

Order Vacating Dismissal and Judgment; Reopening Action
P:\PRO-SE\BLF\HC.18\06070Miller_vacate-reopen.docx

10, 11), are **VACATED**.  The Clerk is directed to reopen this action, and set appropriate deadlines.

**IT IS SO ORDERED.**

Dated: November 27, 2018

                                                                          *Beth Labson Freeman*
                                                                          BETH LABSON FREEMAN
                                                                          United States District Judge