UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERID S. MILLER,<br>　　　　Petitioner,<br>　　v.<br>COUNTY OF SANTA CRUZ,<br>　　　　Respondent. | Case No. 18-06070 BLF (PR)<br><br>**JUDGMENT** |

　　The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered.

　　The Clerk shall close the file.

　　**IT IS SO ORDERED.**

Dated: January 28, 2019

　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
P:\PRO-SE\BLF\HC.18\06070Miller_judgment